# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| N.B. by and through his mother, ANGELA BUCHANAN, R.F. by and through his mother, DANIELLE FRAVEL, J.J. by and through his mother, PHOEBE JOHNSON, M.Wa. by and through his mother, DEBORAH WALTERS, M.Wh. by and through his mother, PATRICIA WHEATFILL, M.B. by and through her mother, MARY BAILEY, S.B. by and through his parents, WALLACE BUSCH and DAWNE BUSCH, I.D. by and through his mother, MAGEN DREW, S.M. by and through his parents, THOMAS MARATHALER and ERIN MARATHALER, individually and on behalf of class, <br><br> Plaintiffs, <br><br> vs. <br><br> FELICIA F. NORWOOD, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, <br><br> Defendant. | No. 11 C 6866 <br><br> Judge Jorge L. Alonso <br><br> Magistrate Judge Jeffrey Cole |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CONSENT DECREE AND NOTICE PLAN

Plaintiffs, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Felicia F. Norwood, in her official capacity as Director of the Illinois Department of Healthcare and Family Services (collectively, "the Parties"), jointly move this Court for an Order: (1) preliminarily approving the proposed Consent Decree (attached as Exhibit A); (2) approving the form and method of providing notice of the Consent Decree (the "Notice Plan," with proposed actual notices, attached as Exhibit B), and (3) setting dates for the filing of objections to the Consent Decree, written responses to any objections, and a fairness hearing regarding the Consent Decree consistent with the proposed form of order (attached as Exhibit C).

For the reasons set forth in the Parties' Memorandum in Support of Joint Motion for Preliminary Approval of Consent Decree and Approval of Notice Plan, the Parties respectfully request that this Motion be granted.

Dated:  August 14, 2017                           Respectfully submitted,

**For Plaintiffs**                                         **For Defendant**

By: /s/Robert H. Farley, Jr.                       By: /s/ Brent D. Stratton

Robert H. Farley, Jr.                                  Brent D. Stratton
Robert H. Farley, Jr. Ltd.                          R. Douglas Rees
1155 S. Washington St., Suite 201          Office of the Attorney General of the State of
Naperville, IL 60540                                 Illinois
                                                                 100 West Randolph Street, 12th Floor
                                                                 Chicago, Illinois  60601

Michelle N. Schneiderheinze
706 Oglesby Ave, Suite 105
Normal, IL  61761


Mary Denise Cahill
Cahill & Associates
1155 S. Washington St., Suite 106
Naperville, IL 60540

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that, on August 14, 2017, he caused to be filed through the Court's CM/ECF system a copy of **JOINT MOTION FOR PRELIMINARY APPROVAL OF CONSENT DECREE AND NOTICE PLAN**. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Brent D. Stratton

Brent D. Stratton