UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| N.B., et al., | ) |
|       Plaintiffs, | ) ) ) 11-cv-6866 |
| v. | ) ) Hon. Jorge L. Alonso |
| Felicia Norwood, | ) ) |
|       Defendant. | ) |

### ORDER

The parties appeared before the Court on December 14, 2017, for a status requested by the Department of Healthcare and Family Services ("HFS") to inform the Court about the HFS contract with McKinsey & Company Inc., which had been voided by the Chief Procurement Officer for General Services. This case is a class action on behalf of children in Illinois under the age of 21 who have been diagnosed with mental health or behavioral disorders and are eligible to receive Medicaid services administered by HFS. The parties have negotiated a Consent Decree that, if approved, would require HFS, among other things, to develop a Medicaid behavioral health delivery model ("model") that will provide a continuum of medically necessary mental and behavioral health services to class members. The parties advised the Court that HFS had contracted with McKinsey to provide expert services needed for the timely design and development of the Implementation Plan that is to be finalized by the parties within twelve months following final approval of the Consent Decree. The Court observed that this case involves the health and welfare of the class members who are highly vulnerable children in immediate need of medically necessary services. The Court noted that time is of the essence, and that the delay resulting from the Defendant's unanticipated lack of expert assistance necessary to timely develop the model and Implementation Plan appeared to pose an emergency that risks serious disruption in critical state services for *N.B.* class members and threaten public health and safety.

Date: 12/19/2017

Jorge L. Alonso
United States District Judge