IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| N.B. by and through his mother, ANGELA BUCHANAN, R.F. by and through his mother, DANIELLE FRAVEL, J.J. by and through his mother, PHOEBE JOHNSON, M.Wa. by and through his mother, DEBORAH WALTERS, M.Wh. by and through his mother, PATRICIA WHEATFILL, M.B. by and through her mother, MARY BAILEY, S.B. by and through his parents, WALLACE BUSCH and DAWNE BUSCH, I.D. by and through his mother, MAGEN DREW, S.M. by and through his parents, THOMAS MARATHALER and ERIN MARATHALER, individually and on behalf of class,<br><br>          Plaintiffs,<br>vs.<br><br>FELICIA F. NORWOOD, in her official capacity as Director of the Illinois Department of Healthcare and Family Services,<br><br>          Defendant. | No. 11 C 6866<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole |

## AGREED MOTION FOR THE ENTRY OF JUDGMENT ORDER

Pursuant to the Consent Decree (the "Decree") approved by this Court on January 16, 2018 [249], Plaintiffs and Defendants respectfully move this Court to enter a Judgment Order for the payment of reasonable attorneys' fees and costs incurred by Class Counsel, all in accordance with the express terms of the Decree.

Pursuant to paragraph 39 of the Decree, the Defendant shall pay to Class Counsel the sum of $1,275,000.00 in three annual payments in the manner set forth in written instructions provided by Class Counsel and agreed to by the Parties. The payment of $1,275,000.00 shall be set forth in a Judgment Order to be entered by the Court.

Upon the filing of this Agreed Motion for the Entry of Judgment Order, Class Counsel will email to this Court, a proposed Judgment Order.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter the proposed Judgment Order providing for payment of attorneys' fees and costs in the total amount of $1,275,000.00 (as more fully set forth in the proposed Judgment Order), reflecting the agreed upon distribution by the parties.

Dated: February 16, 2018

Respectfully submitted,

**For Plaintiffs**

**For Defendant**

By: /s/Robert H. Farley, Jr.

By: /s/ Brent D. Stratton

Robert H. Farley, Jr.
Robert H. Farley, Jr. Ltd.
1155 S. Washington St., Suite 201
Naperville, IL 60540

Brent D. Stratton
R. Douglas Rees
Office of the Attorney General of the State of Illinois
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601

Michelle N. Schneiderheinze
Vanderginst Law PC
4950 38th Ave.
Moline, IL 61265

Mary Denise Cahill
Cahill & Associates
1155 S. Washington St., Suite 106
Naperville, IL 60540

## **CERTIFICATE OF SERVICE**

      I, Robert H. Farley, Jr., one of the Attorneys for the Plaintiffs', deposes and states that he caused the foregoing Agreed Motion for Entry of Judgment Order to be served by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 16th day of February, 2018.

                                                                         */s/ Robert H. Farley, Jr.*