IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **N.B.**, *et al.*, by and through their next friends, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 11 C 6866 |
| vs. | ) |
| | ) Judge: Jorge L. Alonso |
| **FELICIA NORWOOD**, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

This cause coming on to be heard pursuant to the Agreed Motion for Entry of Judgment Order, and the Court being fully advised,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Agreed Motion for Entry of Judgment Order [254] is granted: and

2. In accordance with this Court's Consent Decree entered January 16, 2018 [249], Judgment is entered against the Defendant, and the Defendant is order to pay Class counsel the following sums in three annual payments:

   (i) The first annual payment of $425,000.00 to be paid as follows:

   Robert H. Farley, Jr., Ltd. the sum of $ 191,919.00
   Michelle N. Schneiderheinze the sum of $ 214,246.00
   Mary Denise Cahill the sum of $ 18,835.00

   (ii) The second annual payment of $425,000.00 to be paid as follows:

   Robert H. Farley, Jr., Ltd. the sum of $ 193,324.00
   Michelle N. Schneiderheinze the sum of $ 212,676.00
   Mary Denise Cahill the sum of $ 19,000.00

(iii) The third annual payment of $425,000.00 to be paid as follows:

    Robert H. Farley, Jr., Ltd. the sum of     $ 193,324.00
    Michelle N. Schneiderheinze the sum of $ 212,676.00
    Mary Denise Cahill the sum of           $  19,000.00

ENTERED:

2/21/18

                                                Jorge L. Alonso
                                                United States District Judge